Not for Publication

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL PLAIA,<br><br>      Plaintiff,<br><br>    v.<br><br>ALINA PLAIA, *et al.*,<br><br>      Defendants. | Civil Action No. 20-6489 (ES) (CLW)<br><br>ORDER |

**HAYDEN, DISTRICT JUDGE**

Before the Court are two objections to Magistrate Judge Cathy L. Waldor's report and recommendation (D.E. No. 28 (the "R&R")) that the Court grant plaintiff Michael Plaia's motion to remand this action to state court. Defendant Alina Plaia objects to Judge Waldor's recommendation that the matter be remanded. (D.E. No. 29 ("Alina's Objection").) Plaintiff responds to Alina's Objection and objects to Judge Waldor's recommendation that the Court deny Plaintiff an award of attorney's fees. (D.E. No. 30.) The Court having reviewed the relevant submissions and having decided this matter without oral argument, *see* Fed. R. Civ. P. 78(b); L. Civ. R. 78.1(b), and for the reasons stated in the accompanying Opinion,

IT IS on this 23rd day of October 2020,

**ORDERED** that the objections are OVERRULED and this Court ADOPTS Judge Waldor's R&R in full; and is further

**ORDERED** that the Clerk of Court TERMINATE the pending motion for a temporary restraining order; and it is further

1

**ORDERED** that this case be REMANDED to the New Jersey Superior Court, Bergen County.

*/s/Katharine S. Hayden*_____
**Katharine S. Hayden, U.S.D.J.**